1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF WASHINGTON
9

10   CLEMENTINA R. OLIVERA,
                                          NO. CV-07-5031-JPH
11                  Plaintiff,

12          v.
                                          **ORDER ADOPTING REPORT AND**
13   MICHAEL J. ASTRUE,                    **RECOMMENDATION**
     Commissioner of Social
14   Security,

15                  Defendant.

16
        **BEFORE THE COURT** for resolution is the Report and Recommendation
17
     entered on March 5, 2008 (Ct. Rec. 23), recommending that Plaintiff's
18
     Motion for Summary Judgment (Ct. Rec. 14) be denied and Defendant's
19
     Motion for Summary Judgment (Ct. Rec. 19) be granted.  Plaintiff filed
20
     Objections to the United States Magistrates [sic] Determination on March
21
     13, 2008 (Ct. Rec. 24), restating previous arguments.  After reviewing
22
     the submitted material, the Court is fully informed and adopts the
23
     magistrate judge's report and recommendation in its entirety.
24
        **IT   IS   HEREBY   ORDERED**  that   the   Report   and   Recommendation
25
     **(Ct.   Rec.   23)**  to  **deny**  Plaintiff's   Motion   for   Summary   Judgment
26

ORDER ~ 1

1  (Ct. Rec. 14) and **grant** Defendant's Motion for Summary Judgment

2  **(Ct. Rec. 19)** is **ADOPTED in its entirety.** The Commissioner's decision

3  to deny Plaintiff disability benefits is **affirmed.**

4      **IT IS SO ORDERED.** The District Court Executive is directed to enter

5  this Order and an Order of Judgment, forward copies to counsel, and close

6  the file.

7      DATED this __24th__ day of March 2008.

8

9                          S/ Edward F. Shea
                          EDWARD F. SHEA
10                        United States District Judge

11 Q:\Civil\2007\5031.Adopt.RR.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 2